UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JANE DOE, JANET ROE, AND JANICE COE** )<br>)<br>**PLAINTIFFS**, )<br>)<br>v. )<br>)<br>**NETFLIX, INC., NETFLIX WORLDWIDE ENTERTAINMENT, LLC, AND REALHOUSE PRODUCTIONS, LLC,** )<br>)<br>**DEFENDANTS.** ) | **CASE NO.**<br>**1:22-CV-01281-TWP-MJD**<br><br>**JURY DEMANDED** |

**MOTION TO SEAL BRIEF (Doc. 79)**
**(OPPOSED BY PLAINTIFFS)**

Plaintiffs hereby notify the Court of their opposition to maintaining their Brief, Doc. 79, under seal. The Brief should be unsealed. Plaintiffs bring this pro forma Motion to Seal solely to comply with LR 5-11(d).

1. On December 21, 2022, Defendants filed their Motion for Judgment on the Pleadings, Doc. 61, 62—134 days after they answered the complaint and well after discovery was underway.

2. Defendants' Motion was filed publicly. Doc. 61, 62.

3. Today, Plaintiffs filed their Opposition to Defendants' Motion ("Brief"). Doc. 79. The Brief cites and quotes numerous documents that Defendants have

1

designated under the Court's Protective Order. Those designated documents are filed on the docket under seal (Doc. 78), and they are the subject of a separate Motion to Seal.

4. While Plaintiffs do not contest that Defendants' business communications may contain legitimately confidential information, Plaintiffs carefully wrote the Brief to exclude information that could be called confidential. Plaintiffs believe that the Brief does not contain any information that should remain under seal.

5. Separately, Plaintiffs have been granted authority to proceed anonymously in this case and to be addressed as Doe, Roe, and Coe. *See* Doc. 1-2 at ECF p. 51-52. This is due to Defendants' victimization of Plaintiffs and exposé of their identities as Secret Children. Any further publication of Plaintiffs' names will only further Defendants' victimization of Plaintiffs.

6. Therefore, Plaintiffs carefully wrote the Brief to exclude any mention of their true name, using their pseudonyms instead.

7. Plaintiffs believe that the Brief can be filed publicly without disclosing any confidential or protected information.

8. This case has generated significant media attention.[1] The public has the right to see Plaintiffs' rebuttal of Defendants' Motion for Judgment on the Pleadings.

---

[1] *See, e.g.*:

9.  Accordingly, if Defendants file a Brief in Support of Sealing Plaintiffs' Opposition Brief, Doc. 79, Plaintiffs will oppose it.

WHEREFORE, the Court should unseal the Brief, Doc. 79, and enter all other just and proper relief.

Dated: January 18, 2023            /s/ *Matthew T. Ciulla*
                                   Robert D. MacGill (9989-49)
                                   Matthew T. Ciulla (34542-71)
                                   Scott E. Murray (26885-49)
                                   MACGILL PC
                                   156 E. Market St.
                                   Suite 1200
                                   Indianapolis, IN 46204
                                   Phone: (317) 721-1253
                                   robert.macgill@macgilllaw.com
                                   matthew.ciulla@macgilllaw.com
                                   scott.murray@macgilllaw.com

                                   *Attorneys for Plaintiffs*

---

- https://www.wthr.com/article/news/local/lawsuit-marion-county-indiana-netflix-blumhouse-productions-our-doctor-donald-cline/531-c41ea649-032c-4d45-8218-1456767e4c81
- https://fox59.com/indiana-news/2-indiana-women-sue-netflix-over-our-father-documentary-revealing-their-secret/
- https://thehill.com/news/state-watch/3498571-women-sue-netflix-over-our-father-documentary-revealing-their-secret/

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on January 18, 2023 on all counsel of record by virtue of the Court's CM/ECF System.

*/s/Matthew T. Ciulla*
