# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, JANET ROE, and JANICE COE, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC.; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; and REALHOUSE PRODUCTIONS, LLC <br><br> Defendants. | Case No. 1:22-cv-1281-TWP-MJD |

## DECLARATION OF DIANA PALACIOS

I, Diana Palacios, affirm under the penalties for perjury, that the following representations are true:

1. I am an adult of sound mind, competent to testify to the matters in this declaration.

2. Unless otherwise indicated, I have personal knowledge of the facts asserted in this declaration.

3. I am a partner at the law firm of Davis Wright Tremaine LLP ("DWT").

4. RealHouse Productions, LLC engaged DWT to be clearance counsel for the documentary film "Our Father" (the "Film").

5. As clearance counsel, DWT's role was to provide legal advice on issues relating to the production, content, and distribution of the Film.

6. In that capacity, DWT provided confidential legal advice to, and considered its clients, RealHouse Producions LLC and independent contractors working on the Film, such as producer Michael Petrella, Lucie Jordan Coyne, and their respective companies (collectively

1

"Clients"), for matters relating to the Film. I personally provided such advice to Clients during production of the Film.

7.  One mechanism by which DWT provided legal advice to Clients on issues relating to the Film was through "Release Logs," "Fair Use Logs," or "Legal Ledgers." The purpose of those logs/ledgers was for DWT to identify, in writing, for those working on the Film, scenes which contained content for which licenses, consents, releases, or other authorizations DWT believed were needed or not needed. DWT also provided advice regarding questions, items or issues identified by Clients. The logs functioned as a method of communication between DWT and Clients for issues relating to the production of the Film. The logs were living documents, in which DWT and Clients would communicate and in which DWT provided legal advice throughout the production of the Film.

I DECLARE UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

Executed on: January 26, 2023

Diana Palacios