UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01281-TWP-MJD |
| | ) | |
| NETFLIX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

By **March 13, 2023**, Defendants shall produce for *in camera* review the "opinion letter" discussed in their Motion for *in Camera* Review and for Resolution of Unaddressed Privileged Issues Implicated by the Court's February 17 Order.  [*See* Dkt. 112 at 6.]  Defendants may email the document to Geeta DeVellen at geeta_devellen@insd.uscourts.gov or deliver the document to Magistrate Judge Dinsmore's chambers.

SO ORDERED.

Dated:  9 MAR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.