UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01281-TWP-MJD |
| | ) | |
| NETFLIX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR MARCH 17, 2023**
**HEARING ON MOTION**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared, by counsel, for a hearing on Defendant RealHouse Productions, LLC's Motion for in Camera Review and for Resolution of Unaddressed Privileged [sic] Issues Implicated by the Court's February 17 Order. [Dkt. 112.] Argument was heard and the motion was taken under advisement.

Dated: 17 MAR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.