UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOE, et al.,                              )
                                               )
                    Plaintiffs,                )
                                               )
          v.                                   )          No. 1:22-cv-01281-TWP-MJD
                                               )
NETFLIX, INC., et al.,                         )
                                               )
                    Defendants.                )

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Redact One Line of Transcript at

Doc. 130.  [Dkt. 132.]   Plaintiffs are proceeding anonymously in this case.  Pursuant to Local

Rule 80-2(b), Plaintiffs now move to redact from the transcript of a recent hearing the mention of

one of the Plaintiff's names that occurred during the hearing.  The motion is **GRANTED**.

Pursuant to Local Rule 80-2(c), the court reporter shall prepare and file a redacted version of the

official transcript that redacts the information identified in the following Redaction Statement:

**REDACTION STATEMENT REQUIRED BY L.R. 80-2(b) and (a)(3)**

| I, Matthew Ciulla, certify that the official transcript has been reviewed by me and I identify the following information: | |
|---|---|
| (A) the filed date and document number of the official transcript for which redaction is requested; | 4/5/2023, Doc. 130 |
| (B) a description of each type of personal data identifier to be redacted (e.g., social-security number); | The name of the Plaintiff on Page 33 Line 10 |
| (C) transcript page number(s) and line number(s) identifying the location of each personal data identifier to be redacted; | Page 33 Line 10 |
| (D) the redacted version of each such personal data identifier (e.g., social security number to read as XXX-XX-1234). | Name to be changed to "Janice Coe" or blacked out |

SO ORDERED.

Dated:  11 APR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

**COPY TO COURT REPORTER**
**LAURIE MORGAN**
**(lauriemorganfcr@gmail.com)**

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.