UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al.,                              ) | |
|                                                ) | |
|     Plaintiffs,            ) | |
|                                                ) | |
|     v.                     ) | No. 1:22-cv-01281-TWP-MJD |
|                                                ) | |
| NETFLIX, INC., et al.,                         ) | |
|                                                ) | |
|     Defendants.            ) | |

## SCHEDULING ORDER

This matter comes before the Court on Plaintiffs' Motion to Compel the Application of Search Terms to Cell Phones.  [Dkt. 138.]  Defendants shall respond to the motion on or before **April 27, 2023**.  Plaintiffs shall file any reply in support of the motion on or before **May 1, 2023**.

SO ORDERED.

Dated:  20 APR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.