UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:22-cv-01281-TWP-MJD |
| | ) |
| NETFLIX, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In light of the parties' Discovery Stipulation [Dkt. 142, at 2, ¶ 6] and Plaintiffs' Notice of Withdrawal of their Motion to Compel [Dkt. 143], Plaintiffs' Motion to Compel the Application of Search Terms to Cell Phones [Dkt. 138], Plaintiffs' Index of Sealed Exhibits in support thereof [Dkt. 137], and Plaintiffs' Motion to Seal Plaintiffs' Index of Exhibits [Dkt. 139] are hereby **WITHDRAWN**. The **Clerk is directed** to show Docket Nos. 137, 138, and 139 as **withdrawn** from the docket. In light of the withdrawal of Docket No. 137, the **Clerk is further directed** to **PERMANENTLY SEAL** Docket No. 137.

SO ORDERED.

Dated:  26 APR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.