UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:22-cv-01281-TWP-MJD ) |
| NETFLIX, INC., et al., | ) ) |
| Defendants. | ) ) |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendants' Motion to Maintain Document Under Seal. [Dkt. 99.] Defendants identify Plaintiffs as the designating party as to the document at issue, Docket Number 98. Plaintiffs have not filed a brief in support of maintaining the document under seal or a proposed redacted version of it. Accordingly, Defendants' motion is **DENIED**, and the Clerk shall **UNSEAL** Docket Number 98.

Pursuant to Local Rule 5-11(g), documents ordered unsealed by this Order shall be unsealed after 21 days absent a Federal Rule of Civil Procedure 72(a) objection, a motion to reconsider, an appeal, or further court order.

SO ORDERED.

Dated: 4 MAY 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.