UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:22-cv-01281-TWP-MJD |
| | ) |
| NETFLIX, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION TO RECONSIDER AND MOTION TO SEAL**

This matter is before the Court on Defendants' Motion to Reconsider Order on Motion to Seal, [Dkt. 107], and a related motion to seal, [Dkt. 109], each of which is addressed, in turn, below.

**I.  Applicable Law**

"Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht*, 622 F.3d 697, 701 (7th Cir. 2010). This long-standing presumption of public access may be rebutted only under certain circumstances. *Goesel v. Boley Int'l (H.K.) Ltd.*, 738 F.3d 831, 832 (7th Cir. 2013). Still, "very few categories of documents are kept confidential once their bearing on the merits of a suit has been revealed." *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 547 (7th Cir. 2002). A party may therefore only file a document under seal if it has "good cause" to do so. *Citizens First Nat'l Bank of Princeton v. Cincinnati*

*Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). In the Southern District of Indiana, the filing of documents under seal is governed by Local Rule 5-11.

## II.  Motion to Reconsider [Dkt. 107]

In the Court's Order on Motions to Seal, [Dkt. 96], the Court denied Defendants' request to maintain Docket Numbers 78-1 (also filed as Docket Number 83-2), 78-2, and 78-21, which are excerpts from deposition transcripts, under seal in their entirety, and instructed Defendants that if they wished for portions of the documents to remain under seal, they should file a motion to reconsider the Order along with properly redacted versions of the documents.  Defendants have now done so.  *See* [Dkt. Nos. 107, 108-1, 108-2, 108-3, and 108-4].  The Court finds the proposed redactions to be reasonable and finds good cause to maintain the redacted information under seal.  Accordingly, the motion to reconsider is **GRANTED**.

## III.  Motion to Seal [Dkt. 109]

Along with their motion to reconsider, Defendants also filed a motion to seal Docket Numbers 108-1, 108-2, 108-3, and 108-4, which are the redacted versions of the documents at issue in the motion to reconsider.  [Dkt. 109.]  Defendants filed the redacted versions under seal only to give Plaintiffs the opportunity to seek additional redactions if they wished to do so.  Plaintiffs have not made such a request.  Accordingly, the motion to seal [Dkt. 109] is **DENIED**.

## IV.  Conclusion

For the reasons set forth above, Defendants' Motion to Reconsider Order on Motion to Seal, [Dkt. 107], is **GRANTED**.  **The Clerk is directed to PERMANENTLY SEAL Docket Numbers 78-1, 78-2, 78-21, and 83-2.**  Defendants' motion to seal, [Dkt. 109], is **DENIED**, and the Clerk shall **UNSEAL** Docket Numbers 108-1, 108-2, 108-3, and 108-4.

Pursuant to Local Rule 5-11(g), documents ordered unsealed by this Order shall be unsealed after 21 days absent a Federal Rule of Civil Procedure 72(a) objection, a motion to reconsider, an appeal, or further court order.

SO ORDERED.

Dated: 4 MAY 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.