UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:22-cv-01281-TWP-MJD |
| ) | |
| NETFLIX, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Plaintiffs' Motion to Seal Doc. 114-1 and Doc. 114-2, [Dkt. 116]. Plaintiffs identify Defendants as the designating party as to the documents at issue. Defendants have filed proposed redacted versions of the documents that redact only non-public phone numbers and email addresses. [Dkts. 122-1 and 122-2.] The Court finds these redactions to be appropriate. Accordingly, Plaintiffs' motion is **GRANTED**, and the Clerk shall **PERMANENTLY SEAL** Docket Numbers 114-1 and 114-2.

SO ORDERED.

Dated: 5 MAY 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.