UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE,<br>JANET ROE, and<br>JANICE COE,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; and REALHOUSE PRODUCTIONS LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-1281-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions LLC move the Court for summary judgment on all claims asserted against them by Plaintiffs. For the reasons set forth in Defendants' accompanying Brief in Support and accompanying Appendices, summary judgment in Defendants' favor is warranted on all claims.

Dated: October 4, 2023

Respectfully submitted,

*/s/ Rachel F. Strom*
T. Joseph Wendt
Steven M. Badger
Alejandra Reichard
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Jwendt@btlaw.com
Steve.Badger@btlaw.com
Alejandra.reichard@btlaw.com

Rachel F. Strom *(admitted pro hac vice)*
Jesse Feitel
Davis Wright Tremaine LLP

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 402-4069
Fax: (212) 489-8340
Rachelstrom@dwt.com
Jessefeitel@dwt.com

*Attorneys for Defendant s Netflix Worldwide Entertainment, LLC, Netflix, Inc., RealHouse Productions LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2023, a copy of the foregoing was served on counsel of record via the electronic filing system.

/s/ *Rachel F. Strom*
Rachel F. Strom
