# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JANE DOE, JANET ROE,** AND **JANICE COE** ) ) **PLAINTIFFS,** ) ) v. ) ) ) **NETFLIX, INC., NETFLIX WORLDWIDE** ) **ENTERTAINMENT, LLC,** AND **REALHOUSE** ) **PRODUCTIONS, LLC,** ) ) **DEFENDANTS.** ) ) ) | **CASE NO.** 1:22-CV-01281-TWP-MJD <br><br> **JURY DEMANDED** |

MOTION TO SEAL (SOLELY FOR COMPLIANCE WITH L.R. 5-11(d)(2)(A)(ii))

Plaintiff hereby files its Motion to Seal.

1. Plaintiff files this motion only to comply with L.R. 5-11(d)(2)(A)(ii). Plaintiff takes no position on this motion.

2. Plaintiff hereby moves to seal Doc. 208.

3. These documents may contain information that was designated under the Protective Order by Defendant, who has appeared by counsel in this matter.

4. Via operation of CM/ECF, Plaintiff has contemporaneously served Defendant with a copy of the aforementioned in unredacted form.

WHEREFORE, Plaintiff has filed its Motion to Seal in order to comply with L.R. 5 11(d)(2)(A)(ii), and takes no position on the Motion.

Dated: November 1, 2023

Respectfully submitted,

*/s/Robert D. MacGill*
Robert D. MacGill (IN 9989-49)
Matthew T. Ciulla (IN 34542-71)
Scott E. Murray (IN 26885-49)
**MACGILL PC**
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone:  (317) 721-1253

Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
Scott.Murray@MacGillLaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served November 1, 2023 on all counsel of record by virtue of the Court's CM/ECF System.

*/s/Matthew T. Ciulla*