UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01281-TWP-MJD |
| | ) | |
| NETFLIX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION FOR RECONSIDERATION**

This matter is before the Court on Plaintiff's Motion to Reconsider. [Dkt. 211.] For the reasons set forth below, the motion is **GRANTED.**

## I.   Discussion

"Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht, 622 F.3d 697, 701 (7th Cir. 2010)*. This long-standing presumption of public access may be rebutted only under certain circumstances. *Goesel v. Boley Int'l (H.K.) Ltd., 738 F.3d 831, 832 (7th Cir. 2013)*. Still, "very few categories of documents are kept confidential once their bearing on the merits of a suit has been revealed." *Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 547 (7th Cir. 2002)*. A party may therefore only file a document under seal if it has "good cause" to do so. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 945 (7th Cir. 1999)*. In the Southern District of Indiana, the filing of documents under seal is governed by Local Rule 5-11.

On October 30, 2023, the Court denied Plaintiffs' motion to seal, [Dkt. 187], with regard to Docket Nos. 185-1, 185-2, 185-4, 185-6, 185-11, 185-23, and 185-24 because the proposed

public versions of the documents were over-redacted. [Dkt. 193.] Plaintiffs now ask the court to reconsider sealing Docket Nos. 185-1, 185-2, 185-4, 185-6, 185-11, 185-23, and 185-24, as they have provided new versions of the redacted documents. [Dkt. 211.] The Court finds that the updated redacted documents contain appropriate redactions, and that there is good cause to seal the underlying documents, as they contain identifying information about the Plaintiffs, their families, and other Secret Children.

In addition, in its Order, the Court took under advisement the sealing of Docket No. 185-5, giving the designating party ten days to file an appropriately redacted version of the document with the Court. [Dkt. 193.] It has failed to do so. As such, the motion to seal, [Dkt. 187], with regard to Docket No. 185-5 is **DENIED**.

## II.  Conclusion

For the reasons set forth above, Plaintiff's Motion to Reconsider, [Dkt. 211], is **GRANTED.** The Clerk is directed **to PERMANENTLY SEAL** Docket Nos. 185-1, 185-2, 185-4, 185-6, 185-11, 185-23, and 185-24.

Further, Plaintiff's Motion to Seal, [Dkt. 187], as to Docket No. 185-5 is **DENIED**. The Clerk is directed to **UNSEAL** Docket No. 185-5.

Pursuant to Local Rule 5-11(g), documents ordered unsealed by this Order shall be unsealed after 21 days absent a Fed. R. Civ. P. 72(a) objection, a motion to reconsider, an appeal, or further court order.

SO ORDERED.

Dated:  4 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.