UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NETFLIX, INC., et al., )<br>)<br>Defendants. ) | No. 1:22-cv-01281-TWP-MJD |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Plaintiffs' Motion to Seal.  [Dkt. 209.]  In their motion, Plaintiffs name Defendants as the designating party as to the document at issue pursuant to Local Rule 5-11(d)(4)(A)(ii).  Defendants have not filed a brief in support of the motion or proposed redacted versions of the document, and the time for doing so has expired.  *See* Local Rule 5-11(d)(5).  Accordingly, Plaintiffs' motion is **DENIED**, and the Clerk shall **UNSEAL** Docket Number 208.

Pursuant to Local Rule 5-11(g), documents ordered unsealed by this Order shall be unsealed after 21 days absent a Federal Rule of Civil Procedure 72(a) objection, a motion to reconsider, an appeal, or further court order.

SO ORDERED.

Dated:  12 JAN 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.