UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:22-cv-01281-TWP-MJD |
| ) | |
| NETFLIX, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| 23andMe, Inc., ) | |
| ) | |
| Interested Party. ) | |

**ORDER ON MOTIONS TO SEAL**

This matter is before the Court on Defendants' Motion to Seal, [Dkt. 216]. For the reasons set forth below, the motion is **GRANTED IN PART** and **DENIED IN PART.**

**I. Discussion**

"Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht, 622 F.3d 697, 701 (7th Cir. 2010)*. This long-standing presumption of public access may be rebutted only under certain circumstances. *Goesel v. Boley Int'l (H.K.) Ltd., 738 F.3d 831, 832 (7th Cir. 2013)*. Still, "very few categories of documents are kept confidential once their bearing on the merits of a suit has been revealed." *Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 547 (7th Cir. 2002)*. A party may therefore only file a document under seal if it has "good cause" to do so. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 945 (7th Cir. 1999)*. In the Southern District of Indiana, the filing of documents under seal is governed by Local Rule 5-11.

On November 15, 2023, Defendants filed the instant motion, seeking to maintain Docket Nos. 215-1 through 215-8 under seal. [Dkt. 216.] In their motion, Defendants identified Plaintiffs and Non-Party 23andMe as the designating parties pursuant to Local Rule 5-11(d)(2)(A). Plaintiffs filed a brief in support, requesting the sealing of Docket Nos. 215-1, 215-2, 215-4, 215-5, and 215-7. [Dkt. 219.] To their brief, Plaintiffs attached proposed redacted versions of each document. 23andMe filed a separate motion, rather than a brief in support, to request the sealing of Docket No. 215-1. [Dkt. 221.] 23andMe attached a proposed redacted version of Docket No. 215-1, [Dkt. 221-1], which was identical to Plaintiffs' proposed redacted version of that document, [Dkt. 219-1].

The Court finds good cause for the sealing of Docket Nos. 215-1, 215-2, 215-4, 215-5, and 215-7, as they contain the names of Plaintiffs. Accordingly, the motion with regard to Docket Nos. 215-1, 215-2, 215-4, 215-5, and 215-7 is **GRANTED.**

Neither designated party has requested the sealing of, or presented a redacted version of, Docket Nos. 215-3, 215-6, or 215-8. As such, the motion with regard to Docket Nos. 215-3, 215-6, or 215-8 is **DENIED.**

Because Docket No. 215-1 will be maintained under seal pursuant to the granting of Defendants' motion to seal, 23andMe's Motion to Seal that document, [Dkt. 221], is **DENIED AS MOOT.**

## II. Conclusion

For the reasons set forth above, Defendant's Motion to Seal, [Dkt. 216], is **GRANTED IN PART** and **DENIED IN PART**.

With regard to Docket Nos. 215-1, 215-2, 215-4, 215-5, and 215-7, Defendants' motion is **GRANTED**, and the Clerk is directed to **PERMANENTLY SEAL** Docket Nos. 215-1, 215-2, 215-4, 215-5, and 215-7.

With regard to Docket Nos. 215-3, 215-6, or 215-8, Defendants' motion is **DENIED**, and the Clerk is directed to **UNSEAL** Docket Nos. 215-3, 215-6, or 215-8.

23andMe's Motion to Seal, [Dkt. 221], is **DENIED AS MOOT.**

Pursuant to Local Rule 5-11(g), documents ordered unsealed by this Order shall be unsealed after 21 days absent a Fed. R. Civ. P. 72(a) objection, a motion to reconsider, an appeal, or further court order.

SO ORDERED.

Dated:  12 JAN 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.