UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:22-cv-01281-TWP-MJD |
| | ) |
| NETFLIX, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER ON MOTIONS FOR RECONSIDERATION**

This matter is before the Court on Plaintiffs' and 23and Me, Inc.'s Motions to Reconsider, [Dkts. 226 and 228]. 23and Me, Inc. has provided the Court with an appropriately redacted version of the document. [Dkt. 213.] The Court finds good cause for the sealing of Docket No. 185-5, as the document contains the names of Plaintiffs.

**II.  Conclusion**

For the reasons set forth above, Plaintiffs' and 23and Me, Inc.'s Motions to Reconsider, [Dkts. 226 and 228], are **GRANTED.** The Clerk is directed to **PERMANENTLY SEAL** Docket No. 185-5.

SO ORDERED.

Dated:  12 JAN 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.