UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE,<br>JANET ROE,<br>JANICE COE,<br><br>                Plaintiffs,<br><br>                v.<br><br>NETFLIX, INC.,<br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br>REALHOUSE PRODUCTIONS, LLC,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-cv-01281-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

      Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, and Realhouse Production, LLC's ("Defendants") Motion for Summary Judgment (Filing No. 183) is set for a one-hour oral argument on March 13, 2024, at 9:00 a.m. In the Order dated January 5, 2024, the Court directed the parties to file a Joint Agenda no later than seven days before oral argument. On March 6, 2024, the parties filed their Joint Agenda for March 13, 2024 Oral Argument on Defendants' Summary Judgment Motion (Filing No. 254).

      It appears the parties misunderstood the Court's directive. The Joint Agenda is deficient in two ways. First, it is not joint; it contains "Plaintiffs' Proposed Agenda" and "Defendants' Proposed Agenda." *Id.* Second, it contains no information that would assist the Court in running an on-time, organized, or valuable summary judgment hearing. The briefing and designated evidence for Defendants' Motion are voluminous and involve an abundance of factual and legal issues. Given the breadth and depth of these issues, and the limited time requested for oral argument, the Court expected that the parties' Joint Agenda would have included, for example: which attorneys will be

speaking and in what order; which issues the parties intend to address at the hearing; the order in which the parties will address each issue; how much time the parties expect to spend on each issue; and whether the parties will be giving opening and/or closing statements, and if so, how much time they expect to spend giving those statements.

The parties' Joint Agenda, as is, is entirely deficient. The Court therefore **DIRECTS** the parties to file a Supplemental Joint Agenda, containing at least the above information, by no later than **12:00 p.m. on Friday, March 8, 2024**.

**SO ORDERED**.

Date:   3/6/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Brad D. Brian
MUNGER TOLLES & OLSON, llp
350 South Grand Ave.
50th Floor
Los Angeles, CA 90071

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Craig Ray Martin
Greenberg Traurig
Craig.Martin@gtlaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Scott E. Murray
MacGill PC
Scott.Murray@MacGillLaw.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com