UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:22-cv-01281-TWP-MJD |
| ) | |
| NETFLIX, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendants' Motion to Seal, [Dkt. 250]. For the reasons set forth below, the motion is **GRANTED.**

**I. Discussion**

"Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht, 622 F.3d 697, 701 (7th Cir. 2010)*. This long-standing presumption of public access may be rebutted only under certain circumstances. *Goesel v. Boley Int'l (H.K.) Ltd., 738 F.3d 831, 832 (7th Cir. 2013)*. Still, "very few categories of documents are kept confidential once their bearing on the merits of a suit has been revealed." *Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 547 (7th Cir. 2002)*. A party may therefore only file a document under seal if it has "good cause" to do so. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 945 (7th Cir. 1999)*. In the Southern District of Indiana, the filing of documents under seal is governed by Local Rule 5-11.

On February 1, 2024, Defendants filed the instant motion, seeking to maintain Docket Nos. 249 and 249-1 through 249-4 under seal. [Dkt. 250.] In their motion, Defendants identified Plaintiffs as the designating party pursuant to Local Rule 5-11(d)(2)(A). Plaintiffs provided a supplemental brief with the redacted versions of the documents at Docket Nos. 251-1 through 251-5. The Court finds good cause for sealing and that the documents are redacted appropriately. As such, the motion with regard to Docket Nos. 249, 249-1, 249-2, 249-3, and 249-4 will be **GRANTED.**

## II.  Conclusion

For the reasons set forth above, Defendants' Motion to Seal, [Dkt. 250], is **GRANTED. The Clerk shall PERMANENTLY SEAL Docket Nos. 249, 249-1, 249-2, 249-3, and 249-4**.

SO ORDERED.

Dated:  15 MAR 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.