UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01281-TWP-MJD |
| | ) | |
| NETFLIX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In a recent opinion, the Seventh Circuit Court of Appeals established a stringent standard for permitting a party to proceed anonymously. *See Doe v. Trustees of Indiana Univ.*, 2024 WL 1824967, at *4 (7th Cir. Apr. 26, 2024) (finding abuse of discretion to permit litigant "to conceal his name without finding that he is a minor, is at risk of physical harm, or faces improper retaliation (that is, private responses unjustified by the facts as determined in court)"); *cf. Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F.3d 869, 872 (7th Cir. 1997) ("[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses."). No finding that complies with this case law has been made in this case. Accordingly, **within 14 days of the date of this Order**, Plaintiffs shall file a motion to continue to proceed anonymously in which they explain how permitting them to do so is in accordance with Seventh Circuit law. Before filing the motion, Plaintiffs shall ascertain whether Defendants wish to file an objection to it. If not, that shall be noted in the motion. If so, the motion shall be briefed pursuant to Local Rule 7-1(c)(3).

SO ORDERED.

Dated: 3 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.