UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01281-TWP-MJD |
| | ) | |
| NETFLIX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In response to the Court's Order at Docket No. 263, Plaintiffs have filed a submission in which they acknowledge that the Seventh Circuit's recent holding in *Doe v. Trustees of Indiana Univ.*, 2024 WL 1824967, at *4 (7th Cir. Apr. 26, 2024), forecloses their ability to proceed anonymously in this case. Accordingly, Plaintiffs shall, within seven days of the date of this Order, file a Notice that sets forth the name of each Plaintiff, so that the Clerk can update the docket accordingly.

SO ORDERED.

Dated: 7 JUN 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.