# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING,<br>LORI KENNARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>NETFLIX, INC.,<br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br>REALHOUSE PRODUCTIONS, LLC,,<br><br>    Defendants.<br><br>23andMe, Inc.,<br><br>    Interested Party. | No. 1:22-cv-01281-TWP-MJD |

## ENTRY DIRECTING EXPEDITED BRIEFING ON MOTION TO STRIKE

The matter comes before the Court on Defendants' Exigent Motion to Strike Plaintiffs' Witness List, Exhibit List, and Deposition Designations (Filing No. 305). This matter is scheduled for final pretrial conference on November 6, 2024 and trial beginning December 2, 2024. So that a ruling can be issued before the final pretrial conference, the Court **ORDERS** expedited briefing on the Motion to Strike. Plaintiffs' Response Brief to the Motion, if any, must be filed no later than **Wednesday, October 30, 2024**, and no reply brief is expected.

  **IT IS SO ORDERED.**

Date: 10/28/2024

                           *[signature]*
                           Hon. Tanya Walton Pratt, Chief Judge
                           United States District Court
                           Southern District of Indiana

Distribution:

Brad Dennis Brian
Munger, Tolles & Olson LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Craig Ray Martin
Greenberg Traurig
Craig.Martin@gtlaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jordan Cecelia Satterthwaite
MacGill PC
cecelia.shaulis@macgilllaw.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

Mackenzie Thompson
MacGill PC
mackenzie.thompson@macgilllaw.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com

Case 1:22-cv-01281-TWP-MJD   Document 310   Filed 10/28/24   Page 3 of 3 PageID #: 11485