UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, ) | |
| LORI KENNARD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:22-cv-01281-TWP-MJD |
| ) | |
| NETFLIX, INC., ) | |
| NETFLIX WORLDWIDE ENTERTAINMENT, ) | |
| LLC, ) | |
| REALHOUSE PRODUCTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE AND
MOTION TO EXCLUDE AS MOOT WITHOUT PREJUDICE**

This matter is before the Court on a Motion to Strike Plaintiffs' Witness List, Exhibit List, and Deposition Designations (the "Motion to Strike") (Filing No. 305) and Counter-Designations and Objections to Plaintiffs' Initial Deposition Designations and Motion to Exclude Objectionable Deposition Testimony (the "Motion to Exclude") (Filing No. 332) filed by Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC (collectively, "Defendants"). Plaintiffs Sarah Bowling and Lori Kennard (together, "Plaintiffs") initiated this lawsuit alleging that Defendants tortiously disclosed their identities as children of Dr. Donald Cline to millions of people on social media and on Netflix's streaming platform in the documentary "*Our Father*" without their consent. Plaintiffs' claims are set to be tried by a jury on December 2, 2024.

Plaintiffs recently filed their final witness list, exhibit list, and deposition designations. In their Motion to Strike, Defendants argue that eight of Plaintiffs' witnesses were not timely disclosed and that Plaintiffs' exhibit list and deposition designations "do not reflect practical preparation for trial." (Filing No. 305 at 2). The Motion to Strike therefore asks that the Court

strike the eight witnesses at issue and order Plaintiffs to file a new, condensed list of exhibits and deposition designations. The Motion to Exclude raises specific objections to portions of designated deposition testimony and asks the Court to strike those portions (Filing No. 332 at 4–7).

At the November 6, 2024 final pretrial conference, Plaintiffs confirmed that they will not call the eight witnesses at issue. Plaintiffs further represented that they intend to reduce their exhibits and designated deposition excerpts in light of the Court's recent evidentiary rulings, and that they have sent Defendants proposed stipulations that would eliminate the need for even more exhibits and deposition excerpts. Counsel for both parties advised the Court that they plan to meet and confer in the near future about narrowing Plaintiffs' exhibit list and potentially expanding the parties' joint exhibit list. Based on these representations, it appears that the parties have amicably resolved the concerns raised in Defendants' Motions. Defendants' Motion to Strike (Filing No. 305) and Motion to Exclude (Filing No. 332) are therefore **denied as moot**, **without prejudice to refile** if Defendants have objections to Plaintiffs' forthcoming revised exhibit list and deposition designations. The Court appreciates the parties' ongoing cooperation as they prepare for trial.

SO ORDERED.

Date: 11/6/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Dennis Brian
Munger, Tolles & Olson LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Craig Ray Martin
Greenberg Traurig
Craig.Martin@gtlaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Andrew T. Nguyen
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

William M. Orr
Munger, Tolles & Olson LLP
william.orr@mto.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jordan Cecelia Satterthwaite
MacGill PC
cecelia.shaulis@macgilllaw.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

Mackenzie Thompson
MacGill PC
mackenzie.thompson@macgilllaw.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com