UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, ) | |
| LORI KENNARD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-01281-TWP-MJD |
| ) | |
| NETFLIX, INC., ) | |
| NETFLIX WORLDWIDE ENTERTAINMENT, ) | |
| LLC, ) | |
| REALHOUSE PRODUCTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON MOTION FOR CONFERENCE TO RESOLVE PRETRIAL ISSUES

This matter is before the Court on Defendants' Motion for Conference to Resolve Remaining Pretrial Issues (Filing No. 367), filed by Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC ("Defendants"). Defendants request a conference with the Court to resolve several pretrial issues, including (1) Unresolved objections to deposition designations and exhibits; (2) Use of time limits and a chess clock to ensure an efficient and fair presentation of the evidence; (3) Jury instructions implicated by Plaintiffs' deposition designations; and (4) Plaintiffs' contention that exhibits should be redacted to cover the names of other children of Donald Cline (*see* Filing No. 366). The Motion, (Filing No. 367) is **GRANTED IN PART and DENIED IN PART** as follows.

A telephonic conference will be held on **Tuesday, November 26, 2024 at 11:00 a.m.**, in which (1) Unresolved objections to deposition designations and exhibits, and (2) Use of time limits and a chess clock to ensure an efficient and fair presentation of the evidence, will be discussed.

The motion is **denied** regarding jury instructions implicated by Plaintiffs' deposition designations. A discussion concerning final jury instructions implicated by Plaintiffs' deposition designations, will be held following the close of evidence. The Court will rule on any objections based on the evidence that has been admitted during trial.

Plaintiff's statement on sealing (*see* Filing No. 366) pertaining to Plaintiffs' contention that exhibits should be redacted to cover the names of other children of Donald Cline, shall be treated as a motion by the Court. Defendants may file an expedited response no later than **noon on Friday, November 22, 2024**, and Plaintiffs' reply, if any, should be filed by **noon on Monday, November 25, 2024**.

The Courtroom Deputy Clerk will provide the parties call-in information for the telephonic conference, under separate entry.

**SO ORDERED**.

Date: 11/20/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Jordan Cecelia Satterthwaite
MACGILL PC
cecelia.shaulis@macgilllaw.com

Mackenzie Thompson
MACGILL PC
mackenzie.thompson@macgilllaw.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Andrew T. Nguyen
MUNGER, TOLLES & OLSON LLP
andrew.nguyen@mto.com

Blanca Young
MUNGER, TOLLES & OLSON LLP
blanca.young@mto.com

Brad Dennis Brian
MUNGER, TOLLES & OLSON LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Kristina Ann Coleman
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
kristina.coleman@faegredrinker.com

Rachel Strom
DAVIS WRIGHT TREMAINE LLP
rachelstrom@dwt.com

Sara A McDermott
MUNGER, TOLLES & OLSON LLP
sara.mcdermott@mto.com

William M. Orr
MUNGER, TOLLES & OLSON LLP
william.orr@mto.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Craig Ray Martin
GREENBERG TRAURIG

craig.Martin@gtlaw.com