# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, <br> LORI KENNARD, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br> NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br> REALHOUSE PRODUCTIONS, LLC,, <br><br> Defendants. <br><br> 23andMe, Inc., <br><br> Interested Party. | No. 1:22-cv-01281-TWP-MJD |

## BAILIFF AND MEAL ENTRY
## THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

Upon conclusion of the closing arguments and reading of final instructions, the jury in this case will be committed to the custody of the bailiffs, Sarah Haltom and Carly Tebelman. The Clerk is ORDERED to provide lunch for eight (8) jurors.

**IT IS SO ORDERED.**

Date: 12/5/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Dennis Brian
Munger, Tolles & Olson LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Kristina Ann Coleman
Faegre Drinker Biddle & Reath LLP
kristina.coleman@faegredrinker.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Elaine J. Goldenberg
Munger, Tolles & Olsen, LLP
elaine.goldenberg@mto.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Craig Ray Martin
Greenberg Traurig
Craig.Martin@gtlaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Andrew T. Nguyen
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

William M. Orr
Munger, Tolles & Olson LLP
william.orr@mto.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jordan Cecelia Satterthwaite
MacGill PC
cecelia.shaulis@macgilllaw.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

Mackenzie Thompson
MacGill PC
mackenzie.thompson@macgilllaw.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com