# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, ) <br> LORI KENNARD, ) <br> ) <br>         Plaintiffs, ) <br> ) <br>        v. ) <br> ) <br> NETFLIX, INC., ) <br> NETFLIX WORLDWIDE ENTERTAINMENT, ) <br> LLC, ) <br> REALHOUSE PRODUCTIONS, LLC,, ) <br> ) <br>         Defendants. ) <br> ) <br> 23andMe, Inc., ) <br> ) <br>         Interested Party. ) | No. 1:22-cv-01281-TWP-MJD |

## ENTRY FOR DECEMBER 5, 2024
## THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

Plaintiffs Sarah Bowling and Lori Kennard appeared in person and by counsel Robert D. MacGill, Matthew Thomas Ciulla, Jordan Cecelia Satterthwaite, and Mackenzie Thompson. Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC, appeared in person and by counsel Brad Dennis Brian, Andrea Roberts Pierson, Blanca Young, William M. Orr, Andrew T. Nguyen, Kristina Ann Coleman, Elaine J. Goldenberg, and Sara A. McDermott. This matter was before the Court for the fourth day of jury trial at the Indianapolis Courthouse.

Outside the presence of the jury, final jury instructions were settled, and objections heard on the record. Parties approved the Final Jury Instructions, Verdict Forms and admitted exhibits to be given to the jury.

Defendants Second Motion for Judgment as a Matter of Law as to liability (Dkt. 407) was considered and the Court issued an Order Denying Defendants' Second Motion for Judgment as a Matter of Law (Dkt. 413).

Attorney MacGill presented closing argument on behalf of Plaintiffs.

Attorney Brian presented closing argument on behalf of Defendants.

Attorney MacGill presented rebuttal argument on behalf of Plaintiffs.

The final instructions were read to the jury. Bailiffs Carly Tebelman and Sarah Haltom were sworn and the jury was placed in their charge.

The jury retired for deliberation. The jurors were given the exhibits admitted into evidence, eight copies of the preliminary and final instructions, and one exhibit index prepared as agreed upon by counsel.

The jury advised that a unanimous verdict had been reached on all counts. All parties were returned to the courtroom.

The Court examined the verdict forms, found them to be in proper order, and read the verdicts in open court. The jury returned a verdict in favor of Defendants and against Plaintiff, Sarah Bowling. The jury returned a verdict in favor of Plaintiff, Lori Kennard, and against Defendants, and awarded compensatory damages in the amount of $385,000.00.

The jury was discharged.

The jury was released.

Final judgment will issue by separate entry.

Court was then adjourned.

**IT IS SO ORDERED.**

Date:  12/6/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Dennis Brian
Munger, Tolles & Olson LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Kristina Ann Coleman
Faegre Drinker Biddle & Reath LLP
kristina.coleman@faegredrinker.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Elaine J. Goldenberg
Munger, Tolles & Olsen, LLP
elaine.goldenberg@mto.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Craig Ray Martin
Greenberg Traurig
Craig.Martin@gtlaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Andrew T. Nguyen
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

William M. Orr
Munger, Tolles & Olson LLP
william.orr@mto.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jordan Cecelia Satterthwaite
MacGill PC
cecelia.shaulis@macgilllaw.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

Mackenzie Thompson
MacGill PC
mackenzie.thompson@macgilllaw.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com