1:22-cv-01281-TWP-MJD

Sarah Bowling and Lori Kennard v. Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC

Jury Trial held December 2, 2024

| EX. NO. | DESCRIPTION |
|---|---|
| 0007 | Michael Petrella and Lucie Jourdan email |
| 0008 | Alexandra Drapac and Michael Petrella email |
| 0009 | Netflix Deal Memorandum |
| 0014 | Joelle Shapiro email to Lucie Jourdan |
| 0015 | Netflix Twitter post |
| 0033 | Alexandra Reed email to Katelyn Bakkila |
| 0035 | Screenshot of Our Father |
| 0036 | Screenshot of Our Father |
| 0037 | Screenshot of Our Father |
| 0038 | Alexandra Reed email to Katelyn Bakkila |
| 0041 | Alexandra Reed email to Alexa Watkins |
| 0042 | Michael Petrella email to Sheh Pittman |
| 0044 | Anthony Deng email to Nathan Rotmensz |
| 0045 | Lucie Jourdan email to Ryan Valdez |
| 0051 | Milady Flores email to Michael Petrella |
| 0052 | Ben Lindemuth-McRobie email to Alexandra Reed |
| 0055 | Realhouse's Answers to Consolidated Plaintiffs' Second Set of Requests for Production |
| 0056 | Our Father Final Screener v1 |
| 0057 | Our Father Final Screener v2 |
| 0058 | Our Father Final Screener v3 |
| 0059 | Chad Mumford email to Alexandra Reed |
| 0068 | Jenni Kruener email to chad@bananapost.com |
| 0069 | Deal memorandum with Netflix |
| 0075 | Certificate of Authorship |
| 0078 | Lucie Jourdan Instagram post |
| 0088 | Realhouse and Netflix invoices |

1:22-cv-01281-TWP-MJD

Sarah Bowling and Lori Kennard v. Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC

Jury Trial held December 2, 2024

| EX. NO. | DESCRIPTION |
|---|---|
| 0096 | Our Father Marketing PowerPoint |
| 0097 | Our Father Marketing Budget |
| 0098 | Our Father Internal Social Toolkit |
| 0099 | Joelle Shapiro email to Aparna Kumar |
| 0100 | Our Father screenshot |
| 0101 | Joelle Shapiro email to Cara Benson |
| 0102 | Jarett Wieselman and Joelle Shapiro chat |
| 0103 | Joelle Shapiro email to Norman Hsieh |
| 0104 | Norman Hsieh email to Joelle Shapiro |
| 0119 | Facebook group chat screenshot |
| 0120 | Brian Eklund chats |
| 0126 | Crew Deal Memo |
| 0127 | Mary Lisio email to Disney Hall |
| 0128 | Lucie Jourdan email to Maddie Wagg |
| 0129 | Lucie Jourdan email to Ryan Valdez |
| 0130 | Anthony Deng email to Nathan Rotmensz |
| 0131 | Our Father clip |
| 0132 | 23andMe family tree |
| 0134 | 23andMe family tree |
| 0135 | 23andMe family tree |
| 0136 | 23andMe family tree |
| 0154 | 23andMe snapshots |
| 0160 | Kennard Facebook messages |
| 0161 | Kennard Facebook messages |
| 0164 | Messages between Kennard and a 23andMe DNA match |
| 0166 | Kennard Facebook posts |
| 0183 | Kennard 23andMe DNA Relatives List |
| 0199 | Medical Records – Therapy |

1:22-cv-01281-TWP-MJD

Sarah Bowling and Lori Kennard v. Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC

Jury Trial held December 2, 2024

| EX. NO. | DESCRIPTION |
|---|---|
| 0204 | Medical Records – Therapy |
| 0205 | Bowling Facebook messages |
| 0208 | Bowling Facebook messages |
| 0217 | Bowling text messages |
| 0220 | Bowling text messages |
| 0229 | Bowling text messages |
| 0230 | Bowling text messages |
| 0233 | Bowling 23andMe settings |
| 0239 | Deal memorandum between RealHouse Productions and Lucie Jourdan |
| 0241 | Our Father Documentary (Version aired on May 11, 2022) |
| 0242 | Our Father Documentary (May 18, 2022 Version) |
| 0243 | Our Father Documentary (May 23, 2022 Version) |
| 0388 | Video (Trailer) |
| 0642 | Jason Blum tweet |
| 0653 | TikTok screenshot of Our Father |
| 0717 | Sarah Bowling text messages |
| 0736A | Davis Ex. 1 therapy notes (redacted) |
| 0903 | Kennard Facebook messages |
| 0915 | Kennard Facebook messages regarding 23andMe |
| 0917 | Kennard Facebook messages |
| 0918 | Bowling DNA Relatives |
| 0919 | Bowling Facebook posts |
| 0946 | DiSalvo Facebook posts |
| 0950 | Facebook posts in sibling group |
| 0956 | DiSalvo Facebook posts |
| 0962 | 23andMe's Terms of Service (copyright 2023) |
| 0987 | Facebook post to Sick podcast group including a picture of the Podcast at The Pub launch |

1:22-cv-01281-TWP-MJD
Sarah Bowling and Lori Kennard v. Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC
Jury Trial held December 2, 2024

| EX. NO. | DESCRIPTION |
|---|---|
| 1003 | Information from Plaintiffs' 23andMe accounts and screenshots from 23andMe |
| 1004 | Information from Plaintiffs' 23andMe accounts and screenshots from 23andMe |
| 1006 | Information from Plaintiffs' 23andMe accounts and screenshots from 23andMe |
| 1007 | Information from Plaintiffs' 23andMe accounts and screenshots from 23andMe |
| 1009 | Information from Plaintiffs' 23andMe accounts and screenshots from 23andMe |
| 1010 | 23andMe DNA Relatives |
| 1024 | Medical Records – Therapy (as redacted) |
| 1026 | List of Plaintiff Kennard's Facebook Friends |
| 1039 | Emails re: New doc |
| 1041 | Emails re: Our Father - Trailer Exclusive |
| 9001 | Chart of total views calculated by Sarah Bowling |
| 9002 | Admissions to Discovery Responses |