UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, <br> LORI KENNARD, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br> NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br> REALHOUSE PRODUCTIONS, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. 1:22-cv-01281-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## VERDICT FORM

**Plaintiff Sarah Bowling's Invasion of Privacy Claim against Netflix, Inc. and Netflix Worldwide Entertainment, LLC (together, "Netflix") and RealHouse Productions LLC ("RealHouse"):**

1. Did Plaintiff Sarah Bowling prove by the greater weight of the evidence that Netflix committed the tort of invasion of privacy by disclosure of a private fact? [*Check one*]

   Yes _____   No __✓__

*[Proceed to Question No. 2]*

2. Did Plaintiff Sarah Bowling prove by a greater weight of the evidence that RealHouse committed the tort of invasion of privacy by disclosure of a private fact? [*Check one*]

   Yes _____   No __✓__

*[If you answered Yes to Question 1 and/or Question 2, proceed to Question 3; otherwise, proceed to the next verdict form]*

3. What amount of money, if any, do you award to compensate Plaintiff Sarah Bowling for invasion of privacy by disclosure of a private fact?

   $ __0__

__[redacted]__   12/5/24
Foreperson         Date