UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, LORI KENNARD, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., NETFLIX WORLDWIDE ENTERTAINMENT, LLC, REALHOUSE PRODUCTIONS, LLC, <br><br> Defendants. | Case No. 1:22-cv-01281-TWP-MJD |

## VERDICT FORM

Plaintiff Lori Kennard's Invasion of Privacy Claim against Netflix, Inc. and Netflix Worldwide Entertainment, LLC (together, "Netflix") and RealHouse Productions LLC ("RealHouse"):

1. Did Plaintiff Lori Kennard prove by the greater weight of the evidence that Netflix committed the tort of invasion of privacy by disclosure of a private fact? [*Check one*]

    Yes ✓   No ____

*[Proceed to Question No. 2]*

2. Did Plaintiff Lori Kennard prove by a greater weight of the evidence that RealHouse committed the tort of invasion of privacy by disclosure of a private fact? [*Check one*]

    Yes ✓   No ____

[*If you answered Yes to Question 1 and/or Question 2, proceed to Question 3; otherwise, sign below and return the verdict forms to the Clerk*]

3. What amount of money, if any, do you award to compensate Plaintiff Lori Kennard for invasion of privacy by disclosure of a private fact?

    $385,000.00

_____        12/5/24
Foreperson                     Date