# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, <br> LAURA DISALVO, <br> LORI KENNARD, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br> NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br> BLUMHOUSE PRODUCTIONS, LLC, <br> REALHOUSE PRODUCTIONS, LLC, <br><br> Defendants. <br><br> 23andMe, Inc., <br><br> Interested Party. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:22-cv-01281-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

All claims having now been resolved in this consolidated action, the Court now enters **FINAL JUDGMENT**:

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings, the following claims of **Plaintiff Sarah Bowling's Complaint** are **dismissed with prejudice**: Count Four identity deception under the Crime Victims Relief Act ("CVRA"); and Count Five theft under the CVRA.

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings, the following claims of **Plaintiff Laura DiSalvo's Complaint** are **dismissed with prejudice**: Count Four identity deception under the CVRA; and Count Five theft under the CVRA.

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings, the following claims of **Plaintiff Lori Kennard's Complaint** are **dismissed with prejudice**: Count Three identity deception under the CVRA; and Count Four theft under the CVRA.

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, **judgment is entered** against Plaintiff Sarah Bowling and in favor of Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, and RealHouse Productions, LLC (collectively, "Defendants"), on the following claims of **Plaintiff Sarah Bowling's Complaint**: Count Two deception under the CVRA; and Count Three intentional infliction of emotional distress.

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, **judgment is entered** against Plaintiff Laura DiSalvo and in favor of Defendants on the following claims of **Plaintiff Laura DiSalvo's Complaint**: Count One invasion of privacy by public disclosure of private facts; Count Two deception under the CVRA; and Count Three intentional infliction of emotional distress.

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, **judgment is entered** against Plaintiff Lori Kennard and in favor of Defendants on the following claims of **Plaintiff Lori Kennard's Complaint**: Count Two intentional infliction of emotional distress.

Count One invasion of privacy by public disclosure of private facts of **Plaintiff Sarah Bowling's Complaint** and Count One invasion of privacy by public disclosure of private facts of **Plaintiff Lori Kennard's Complaint** were duly tried by the jury, and **judgment as a matter of law** under Federal Rule of Civil Procedure 50 was entered against Plaintiff Sarah Bowling and

Plaintiff Lori Kennard and in favor of Defendants on Plaintiff Sarah Bowling's and Plaintiff Lori Kennard's claims for punitive damages. The jury rendered its verdict against Plaintiff Sarah Bowling and in favor of Defendants on Count One invasion of privacy by public disclosure of private facts of Plaintiff Sarah Bowling's Complaint. The jury rendered its verdict against Defendants and in favor of Plaintiff Lori Kennard on Count One invasion of privacy by public disclosure of private facts of Plaintiff Lori Kennard's Complaint.

**Judgment is entered** against Plaintiff Sarah Bowling and in favor of Defendants on Count One invasion of privacy by public disclosure of private facts of **Plaintiff Sarah Bowling's Complaint**.

**Judgment is entered** against Defendants and in favor of Plaintiff Lori Kennard in the amount of **$385,000.00**.

Judgment is entered accordingly, and this action is **TERMINATED**.

**SO ORDERED**.

Date: 12/6/2024

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Steven M. Badger
BARNES & THORNBURG, LLP (Indianapolis)
steve.badger@btlaw.com

Brad Dennis Brian
Munger, Tolles & Olson LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Kristina Ann Coleman
Faegre Drinker Biddle & Reath LLP
kristina.coleman@faegredrinker.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Elaine J. Goldenberg
Munger, Tolles & Olsen, LLP
elaine.goldenberg@mto.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Craig Ray Martin
Greenberg Traurig
Craig.Martin@gtlaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Zachary T. Miller
BARNES & THORNBURG, LLP (Indianapolis)
zachary.miller@btlaw.com

Scott E. Murray
Hoover Hull Turner LLP
smurray@hooverhullturner.com

Andrew T. Nguyen
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

William M. Orr
Munger, Tolles & Olson LLP
william.orr@mto.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Alejandra Reichard
BARNES & THORNBURG, LLP (Indianapolis)
alejandra.reichard@btlaw.com

Jordan Cecelia Satterthwaite
MacGill PC
cecelia.shaulis@macgilllaw.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

Mackenzie Thompson
MacGill PC
mackenzie.thompson@macgilllaw.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com