# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BOWLING, <br> LORI KENNARD, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br> NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br> REALHOUSE PRODUCTIONS, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-01281-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CLERK'S ENTRY
for January 17, 2025

Pursuant to Southern District of Indiana Local Rule 79-1, counsel are advised that exhibits received in the above cause are now released and available for removal. Please contact the Courtroom Deputy Clerk to schedule for pick-up.

If unclaimed, exhibits will be disposed of on 2/17/2025.

Kristine L. Seufert,
Clerk of Court

By Sarah Haltom
Deputy Clerk

Distribution:

Brad Dennis Brian
Munger, Tolles & Olson LLP
brad.brian@mto.com

J. Benjamin Broadhead
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ben.broadhead@faegredrinker.com

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Kristina Ann Coleman
Faegre Drinker Biddle & Reath LLP
kristina.coleman@faegredrinker.com

Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
jessefeitel@dwt.com

Elaine J. Goldenberg
Munger, Tolles & Olsen, LLP
elaine.goldenberg@mto.com

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com

Sara A McDermott
Munger, Tolles & Olson LLP
sara.mcdermott@mto.com

Andrew T. Nguyen
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

William M. Orr
Munger, Tolles & Olson LLP
william.orr@mto.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Jordan Cecelia Satterthwaite
MacGill PC
cecelia.shaulis@macgilllaw.com

Rachel Strom
Davis Wright Tremaine LLP
rachelstrom@dwt.com

Mackenzie Thompson
MacGill PC
mackenzie.thompson@macgilllaw.com

Blanca Young
Munger, Tolles & Olson LLP
blanca.young@mto.com